# United States Court of Appeals
## For the First Circuit

No. 16-1028

UNITED STATES,

Appellee,

v.

RAMON L. FERNANDEZ-MALAVE, a/k/a Porcel,

Defendant, Appellant.

Before

Howard, <u>Chief Judge</u>,
Thompson and Kayatta, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: August 7, 2018

Defendant appeals from the district court's discretionary denial of sentencing relief pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines. Upon review of relevant parts of the record and the parties' submissions, we affirm the district court's denial of relief. <u>See</u> 1st Cir. Loc. R. 27.0(c).

By the Court:

/s/ Margaret Carter, Clerk

cc:
Thomas F. Klumper
Timothy R. Henwood
Myriam Yvette Fernandez-Gonzalez
Mariana E. Bauza Almonte
Jacabed Rodriguez-Coss
Ramon L. Fernandez-Malave
Ramon Luis Walker Merino